Eastern District of Kentucky
**F I L E D**
AUG 2 5 2022
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

UNITED STATES OF AMERICA

V.                                                          INDICTMENT NO. 6:22-CR-55-REW

JOSHUA T. GREGORY

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 21 U.S.C. § 846

Beginning on or about a date in March 2021, the exact date unknown, and continuing through on or about a date in December 2021, the exact date unknown, in Wayne County and Pulaski County, in the Eastern District of Kentucky, and elsewhere,

**JOSHUA T. GREGORY**

did conspire with others to knowingly and intentionally distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §841(a)(1), all in violation of 21 U.S.C. § 846.

### COUNT 2
### 21 U.S.C. § 841(a)(1)
### 18 U.S.C. § 2

On or about April 7, 2021, in Pulaski County, in the Eastern District of Kentucky,

**JOSHUA T. GREGORY,**

aided and abetted by another, did knowingly and intentionally distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

**COUNT 3**
**21 U.S.C. § 841(a)(1)**
**18 U.S.C. § 2**

On or about April 15, 2021, in Pulaski County, in the Eastern District of Kentucky,

**JOSHUA T. GREGORY,**

aided and abetted by another, did knowingly and intentionally distribute 5 grams or more of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

**A TRUE BILL**

[signature redacted]

[signature]

**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

# PENALTIES

## COUNTS 1-3:

**If responsible for 5 grams or more of methamphetamine (actual):** Not less than 5 years and not more than 40 years of imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

**If responsible for 50 grams or more of methamphetamine (actual):** Not less than 10 years nor more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years supervised release.

**PLUS:**      Mandatory special assessment of $100 per count.